IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT M. WARRINGTON, SR.**, *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | **NO. 21-cv-03207** |
| | : | |
| **3M COMPANY**, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **15th** day of **August 2023**, upon consideration of Defendant General Electric Company's ("GE") Motion for Summary Judgment (ECF No. 220), Plaintiffs' Response in Opposition (ECF No. 267), and GE's Reply thereto (ECF No. 268), it is **hereby ORDERED** that GE's Motion for Summary Judgment (ECF No. 220) is **GRANTED**. Accordingly, all claims, including crossclaims, against GE are **hereby DISMISSED with PREJUDICE**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**